1
2
3
4
5
6
7

8                     UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                              No. 2:25-cv-02423-WBS-CSK

        IN RE:  STEVEN WAYNE BONILLA
12                                              No. 2:25-cv-02480-WBS-CSK

13                                              No. 2:25-cv-02481-WBS-CSK

14                                              No. 2:25-cv-02483-WBS-CSK

15                                              No. 2:25-cv-02487-WBS-CSK

16                                              No. 2:25-cv-02491-WBS-CSK

17                                              No. 2:25-cv-02562-WBS-CSK

18                                              No. 2:25-cv-02563-WBS-CSK

19                                              No. 2:25-cv-02630-WBS-CSK

20

21

22                                              **ORDER**

23

24

25        Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

26   above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

27   litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

28   proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

                                              1

1  Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

2  13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

3  the Court to open a new case for each attempted new pleading and assign it to the Court for

4  review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's

5  Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

6      The Court has reviewed the complaints/petitions filed in the above-captioned cases and

7  finds they are related to Plaintiff's Alameda County criminal conviction.

8      Accordingly, IT IS HEREBY ORDERED that 2:25-cv-02423, 2:25-cv-02480, 2:25-cv-

9  02481, 2:25-cv-02483, 2:25-cv-02487, 2:25-cv-02491, 2:25-cv-02562, 2:25-cv-02563 and 2:25-

10  cv-02630 are DISMISSED; the Clerk of the Court is directed to close these cases.  No further

11  filings will be accepted.

12  Dated:  September 22, 2025

WILLIAM B. SHUBB
13  UNITED STATES DISTRICT JUDGE

14

2